**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|           Plaintiff, ) | Case No. 2:14-cr-00046-APG-CWH |
| ) | **ORDER** |
| vs. ) | |
| ABNER J. THOMPSON, JR., ) | |
|           Defendant. ) | |

On July 20, 2015, this Court found that Dustin Marcello would be appointed for the limited purpose of determining whether there is a conflict of interest regarding Todd M. Leventhal's continued representation of Defendant Abner J. Thompson.

Based on the foregoing, IT IS HEREBY ORDERED that Dustin Marcello shall be **appointed** on this limited basis as counsel for Defendant Abner J. Thompson.

DATED: July 20, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**