1  DANIEL G. BOGDEN
   United States Attorney
2  DANIEL R. SCHIESS
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Blvd. South, Ste. 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax: (702) 388-6698

6

7

8                  **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10 UNITED STATES OF AMERICA,              )
                                          )
11              Plaintiff,                )
                                          )
12        v.                              )   2:14-CR-046-APG-(CWH)
                                          )
13 ABNER J. THOMPSON, JR.,                )
                                          )
14              Defendant.                )

15                  **PRELIMINARY ORDER OF FORFEITURE**

16        This Court finds that defendant ABNER J. THOMPSON, JR., pled guilty to Counts One through

17 Three of a Three-Count Criminal Indictment charging him in Count One with Conspiracy to Commit

18 Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341,

19 1343, 1344, and 1349 and in Counts Two and Three with Bank Fraud in violation of Title 18, United

20 States Code, Section 1344. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea

21 Agreement, ECF No. __.

22        This Court finds defendant ABNER J. THOMPSON, JR., agreed to the forfeiture of the property

23 and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea

24 Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment. Criminal

25 Indictment, ECF No. 1; Bill of Particulars, ECF No. 39; Change of Plea, ECF No. __; Plea Agreement,

26 ECF No. __.

1   This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

2   has shown the requisite nexus between property set forth in the Plea Agreement, the Bill of Particulars,

3   and the Forfeiture Allegations of the Criminal Indictment and the offenses to which defendant ABNER

4   J. THOMPSON, JR., pled guilty.

5   The following asset and money judgment are (1) any property, real or personal, which constitutes

6   or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341, 1343,

7   1344, and 1349 and (2) any property constituting, or derived from, proceeds the person obtained directly

8   or indirectly, as the result of violations of Title 18, United States Code, Sections 1341, 1343, 1344, and

9   1349, and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with

10  Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and

11  Title 21, United States Code, Section 853(p):

12      2002 Porsche Convertible, Model 911 Carrera 4C, VIN:  WP0CA29992S652422, registered

13      to Ladonya Cleo Arceneaux (property), and an in personam criminal forfeiture money

14      judgment of $296,482.51, not to be held jointly and severally liable with any codefendants,

15      and that the property (Porsche) will not be applied toward the payment of the money

16      judgment.

17  This Court finds the United States of America is now entitled to, and should, reduce the

18  aforementioned property to the possession of the United States of America.

19  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

20  United States of America should seize the aforementioned property.

21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States recover

22  from ABNER J. THOMPSON, JR., an in personam criminal forfeiture money judgment of $296,482.51.

23  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

24  ABNER J. THOMPSON, JR., in the aforementioned property is forfeited and is vested in the United

25  States of America and shall be safely held by the United States of America until further order of the

26  Court.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

2  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

3  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

4  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

5  name and contact information for the government attorney to be served with the petition, pursuant to

6  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who

8  claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the

9  validity of the petitioner's alleged interest in the property, which petition shall be signed by the

10  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title

11  28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right,

12  title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and

13  the relief sought.

14    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

15  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

16  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after

17  the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

18    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

19  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

20  following address at the time of filing:

21          Michael A. Humphreys
            Assistant United States Attorney
22          Daniel D. Hollingsworth
            Assistant United States Attorney
23          Lloyd D. George United States Courthouse
            333 Las Vegas Boulevard South, Suite 5000
24          Las Vegas, Nevada 89101.

25

26

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need

2  not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following

3  publication of notice of seizure and intent to administratively forfeit the above-described property.

4    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this

5  Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention

6  Asset Forfeiture Unit.

7    Dated:  March 17, 2016.

8

9

10    _____
       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26