**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-046-APG-(CWH) |
| Plaintiff, | ) | |
| v. | ) | Order |
| ABNER J. THOMPSON, JR., | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

1. 2002 Porsche Convertible, Model 911 Carrera 4C, VIN: WP0CA29992S652422, registered to Ladonya Cleo Arceneaux (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary Order of Forfeiture (ECF No. 73) entered in this case is null and void as to the property, but is still in effect as to the money judgment;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 26, 2018.