

_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
         COUNSEL/PARTIES OF RECORD

NOV - 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-046-APG-(CWH) |
| Plaintiff, | ) ) | |
| v. | ) | Final Order of Forfeiture |
| ABNER J. THOMPSON, JR., | ) ) | |
| Defendant. | ) ) | |

This Court found that Abner J. Thompson, Jr., shall pay the in personam criminal forfeiture money judgment of $296,482.51 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 71; Change of Plea, ECF No. 69; Preliminary Order of Forfeiture, ECF No. 73.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of 296,482.51 complies with *Honeycutt v. United States*, ___ U.S. ___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Abner J. Thompson, Jr., the in personam criminal forfeiture money judgment of $296,482.51 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United

States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 6 day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE